IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marvin Oliver Ohey | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-4378 |
| | : | |
| v. | : | |
| | : | |
| Charles Zemski, Immigration and Naturalization Service | : | |
| | : | |
| Respondent. | : | |

ENTRY OF APPEARANCE

    Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

                                          SUSAN R. BECKER
                                          Assistant United States Attorney
                                          615 Chestnut Street, Suite 1250
                                          Philadelphia, PA 19106
                                          Tel: (215)861-8310
                                          Fax: (215)861-8642

Dated: July 10, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Marvin Oliver Ohey
>Berks County Prison
>1287 County Welfare Road
>Leesport, PA 19533
>
>Pro Se

                                               SUSAN R. BECKER
                                               Assistant United States Attorney

Dated: July 10, 2002