IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARVIN OLIVER OHEY                   :        CIVIL ACTION
                                     :
        v.                           :
CHARLES ZEMSKI, IMMIGRATION  :
AND NATURALIZATION SERVICE   :        NO. 02-4378

_____          ORDER

_____AND NOW, this                    Day of July, 2002, leave is granted Petitioner to proceed

in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing

of a notice of appeal.

_____
RONALD L. BUCKWALTER,  J.