IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marvin Oliver Ohey | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-4378 |
| | : | |
| v. | : | |
| | : | |
| Charles Zemski, Immigration and Naturalization Service | : | |
| | : | |
| Respondent. | : | |
| | : | |

Attachments to United States' Response to Petition for Writ of Habeas Corpus and Certificate of Service by Charles Zemski.

PRAECIPE TO FILE ATTACHMENTS

TO THE CLERK
United States District Court

Kindly file with the Court the hard copy attachments to the United States' Response to Petition for Writ of Habeas Corpus and Certificate of Service by Charles Zemski[res]. (Attachments: #1)(Becker, Susan), (Document 4) which was electronically filed on July 31, 2002. The original attachments are this day being hand delivered to the Clerk's Office.

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Marvin Oliver Ohey
>Berks County Prison
>1287 County Welfare Road
>Leesport, PA 19533

_____
SUSAN R. BECKER
Assistant United States Attorney

Dated: August 5, 2002